IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**ARCADIO ABURTO,**

**Defendant.**                    No. 06-CR-300167-DRH

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is the Government's motion to extend time to respond to Defendant's objection to the Presentence Investigation Report (Doc. 332). Said motion is **GRANTED**. The Court **ALLOWS** the Government up to and including February 29, 2008 in which to file a response to Defendant's objections to the Presentence Investigation Report.

**IT IS SO ORDERED.**

Signed this 22nd day of February, 2008.

/s/ David R Herndon

**Chief Judge**
**United States District Judge**