**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**ARCADIO ABURTO,**

**Defendant.**                                                 **No. 06-CR-300167-DRH**

## ORDER

**HERNDON, Chief Judge:**

      Now before the Court is Aburto's motion to withdraw Document # 381, Defendant's previously filed motion to continue the change of plea hearing (Doc. 382) and Aburto's first motion to strike document # 379 (Doc. 380). For the reasons stated in the motions, the Court **GRANTS** both motions. The Court withdraws document # 389 and strikes document # 379.

      **IT IS SO ORDERED.**

      Signed this 11th day of June, 2008.

/s/     David R. Herndon

**Chief Judge**
**United States District Judge**